PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION  ☑ INDICTMENT

Matter Sealed: ☐ Juvenile  ☐ Other than Juvenile
☐ Pre-Indictment Plea  ☐ Superseding  ☐ Defendant Added
☐ Indictment  ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT  **Las Vegas**
DISTRICT OF NEVADA  Divisional Office

Name and Office of Person Furnishing Information on THIS FORM
**Ellenrose Jarmolowich**
☐ U.S. Atty  ☐ Other U.S. Agency
Phone No. **(702) 388-6336**

Name of Asst. U.S. Attorney (if assigned)
**Nicholas Dickinson**

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Anita Butler ~ USPS

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAG. JUDGE CASE NO.

Place of offense | County

---

CASE NO. 2:20-cr- *196 GMN NJK*

USA vs.

Defendant: **ALEX QUAGLIA**

Address:

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD

**AUG - 5 2020**

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___

☐ Interpreter Required  Dialect:

Birth Date
☑ Male  ☐ Alien
☐ Female  (if applicable)

Social Security Number ___

### DEFENDANT

Issue:  ☑ Warrant  ☐ Summons

Location Status:

Arrest Date ___ or Date Transferred to Federal Custody ___

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any): ___

☐ FPD  ☐ CJA  ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

---

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts ___9___

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|-----|-----------------------------------------|------------------------------|----------|
| | 18 U.S.C. § 1349 | Conspiracy to Commit Mail Fraud | 1 |
| | 18 U.S.C. § 1341 | Mail Fraud | 2 thru 8 |
| | | | |
| | | | |
| | | | |