_____ FILED          _____ RECEIVED
_____ ENTERED        _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

AUG - 5 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| IN THE MATTER OF THE PARTIAL | **MINUTES OF COURT** |
| REPORTS OF THE REGULAR GRAND JURY | |
| THE **November 7, 2018** TERM. **18-1** | DATE: <u>August 5, 2020 @ 12:09 p.m. to 12:13 p.m.</u> |

PRESENT:     The Honorable     <u>Daniel J. Albregts</u>     , U.S. Magistrate Judge.

DEPUTY CLERK:     <u>Araceli Bareng</u>     REPORTER:     <u>Phyllis Anderson</u>

UNITED STATES ATTORNEY:     <u>Jamie Mickelson</u>     COURTROOM:     <u>3A</u>

A roll call of the Grand Jury is taken with **20** members present for deliberations which constituted a quorum. The foreperson of the Grand Jury presented its partial report and indictments.

On the motion of the United States Attorney, **IT IS ORDERED** that the said report and indictments be filed. There is **1** SEALED indictment(s).

On the motion of the United States Attorney, **IT IS ORDERED** that the terms of release as to each defendant are fixed as indicated and that Bench Warrant issue where indicated.

| | | |
|---|---|---|
| **2:20-cr-194 JAD DJA** | **5 SEALED DEFENDANTS** | **WARRANTS** |
| **2:20-cr-195 APG EJY**<br>**2:20-mj-574 BNW** | **DARNELE NELSON**<br>**Aka: Ricky Ellis**<br>**Aka: Gamarmaurice Newson** | **SUMMONS** |
| **2:20-cr-196 GMN NJK** | **ALEX QUAGLIA**<br>**PATRICK FRASER** | **WARRANT**<br>**WARRANT** |
| **2:20-cr-197 RFB BNW** | **JUSTIN LEWIS** | **WARRANT** |

**IT IS ORDERED** that the Arraignment & Plea as to: **2:20-cr 195** will be held on **Friday, August 14, 2020 @ 8:30 a.m.** before **MAGISTRATE JUDGE BRENDA WEKSLER in Courtroom 3B.**

The Arraignment and Plea will be held at the time of the Initial Appearance.

DEBRA KEMPI, Clerk

United States District Court

/S/ Araceli Bareng
<u>                    </u>

Deputy Clerk