NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar Number 13644
RONALD L. CHENG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6551 / Fax: 702.388.6418
ronald.cheng@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196-GMN-NJK |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| ALEX QUAGLIA and PATRICK FRASER, | |
| Defendants. | |

The United States of America, by and through Assistant U.S. Attorney Ronald L. Cheng, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Matthew J. Lash and Yolanda McCray Jones, Trial Attorneys with the United States Department of Justice, Consumer Protection Branch, be permitted to appear before this Court in the above-captioned case.

Mr. Lash is a member in good standing of the bar of the District of Columbia, Ms. McCray Jones is a member in good standing of the bar of the State of Connecticut. Both are employed by the United States as attorneys, and, in the course and scope of their respective employment, have occasion to appear before the Court on behalf of the United

/ / /

States in connection with the above-captioned matter.

Dated this 11th day of August, 2020.

Respectfully Submitted,

_s/ Ronald L. Cheng_
RONALD L. CHENG
Chief, Criminal Division
Assistant United States Attorney

**APPROVED.**

Dated this __24__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT