JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Susan.Cushman@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196-GMN-NJK |
| Plaintiff, | **Motion for Government Attorney Appearance Under Local Rule IA 11-3** |
| v. | |
| ALEX QUAGLIA and | |
| PATRICK FRASER, | |
| Defendants. | |

    The United States of America, by and through Assistant U.S. Attorney Susan Cushman, Chief, Criminal Division, respectfully moves, pursuant to Local Rule IA 11-3, that Charles B. Dunn, Trial Attorney with the Consumer Protection Branch of the Civil Division of the United States Department of Justice, be permitted to appear before this Court in the above-captioned case.

    Mr. Dunn is a member in good standing of the bar of the State of Colorado. He is employed by the United States as an attorney, and, in the course and scope of his

///
///

employment, he has occasion to appear before the Court on behalf of the United States in connection with the above-captioned matter.

Dated: August 8, 2023

                                                      Respectfully submitted,

                                                      */s/ Susan Cushman*
                                                      SUSAN CUSHMAN
                                                      Assistant United States Attorney
                                                      Chief, Criminal Division

                             **ORDER**

IT IS SO ORDERED: _____
                                  HONORABLE GLORIA M. NAVARRO
                                  UNITED STATES DISTRICT JUDGE

Dated: August 25, 2023

2