**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00196-GMN-NJK |
| Plaintiff, | |
| v. | **Motion to Withdraw as Attorney for the United States** |
| ALEX QUAGLIA and PATRICK FRASER | |
| Defendants. | |

The United States of America, by and through the undersigned attorney, respectfully moves that Matthew J. Lash, Assistant Director with the United States Department of Justice, Consumer Protection Branch, be permitted to withdraw as an attorney for the United States in the above-captioned case.

The United States remains ably represented in the above-captioned case by Assistant United States Attorney Richard Anthony (Tony) Lopez.

Dated this 3rd day of November, 2023.

Respectfully Submitted,

_____Matthew Lash_____
MATTHEW J. LASH
Assistant Director
Department of Justice
Consumer Protection Branch

IT IS SO ORDERED: _____
HONORABLE GLORIA M. NAVARRO

UNITED STATES DISTRICT JUDGE

Dated: _____